```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 15186
     WILLIE HALL
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

        Debtor
     SSN XXX-XX-8065


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/21/07 .

     2.  The case was dismissed without confirmation, 10/19/2007.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
ACC CONSUMER FINANCE     SECURED VEHIC        .00           .00            .00
DIVISION OF CHILD SUPPOR CHILD SUPPORT        .00           .00            .00
DIVISION OF CHILD SUPPOR UNSECURED            .00           .00            .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED           .00            .00
AFNI                     UNSECURED      NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED      NOT FILED           .00            .00
BUREAU OF COLLECTION REC UNSECURED      NOT FILED           .00            .00
CALVARY PORTFOLIO SERV   UNSECURED      NOT FILED           .00            .00
CALVARY PORTFOLIO SERV   UNSECURED      NOT FILED           .00            .00
CCA                      UNSECURED      NOT FILED           .00            .00
CHECK RECOVERY SYSTEMS   UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CNAC                     UNSECURED      NOT FILED           .00            .00
CREDIT MANAGEMENT INC    UNSECURED      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC  UNSECURED      NOT FILED           .00            .00
CREDITORS DISCOUNT & AUD UNSECURED      NOT FILED           .00            .00
HELLER & FRISONE         UNSECURED      NOT FILED           .00            .00
KCA FINANCIAL SERVICES   UNSECURED      NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED      NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE   UNSECURED      NOT FILED           .00            .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID

MIDLAND CREDIT MGMT      UNSECURED      NOT FILED           .00            .00
MRSI                     UNSECURED      NOT FILED           .00            .00
PORTFOLIO ACQUISITIONS   UNSECURED      NOT FILED           .00            .00
PREMIUM ASSET RECOVERY   UNSECURED      NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED      NOT FILED           .00            .00
STASSINOS LAW OFFICES    UNSECURED      NOT FILED           .00            .00
BUREAUS                  UNSECURED      NOT FILED           .00            .00
UNITED COMPUCRED         UNSECURED      NOT FILED           .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED      OTHER          TOTAL
```

```
TOTAL CLMS ALLOWED             .00           .00           .00           .00           .00
PRINCIPAL PAID                 .00           .00           .00           .00           .00
INTEREST PAID                  .00           .00           .00           .00           .00
TOTAL PAID                     .00           .00           .00           .00           .00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $     166.00   direct and $       .00   through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/14/08                 /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                                  PAGE   2
            CASE NO. 07 B 15186 WILLIE HALL